# United States Court of Appeals

## For the Eighth Circuit

_____

No. 22-1673

_____

Pierre Watson

*Plaintiff - Appellant*

v.

Officer Zachary Driskill, Individual capacity; Jessica Hanner, Sgt., Individually

*Defendants - Appellees*

Diane Manley, Corporal, Individually; Kevin Brown, Correctional Officer, Individually; John Hendrichs, Correctional Officer, Individually; Matthew Unknown, Correctional Officer, Individually; Tammy Unknown, Sick Call Nurse, Individually; Institution Doctor Unknown, Individually; Michelle Unknown; Unknown Fulh

*Defendants*

_____

No. 22-2378

_____

Pierre Watson

*Plaintiff - Appellant*

v.

Officer Zachary Driskill, Individual capacity; Jessica Hanner, Sgt., Individually

*Defendants - Appellees*

Diane Manley, Corporal, Individually; Kevin Brown, Correctional Officer, Individually; John Hendrichs, Correctional Officer, Individually; Matthew Unknown, Correctional Officer, Individually; Tammy Unknown, Sick Call Nurse, Individually; Institution Doctor Unknown, Individually; Michelle Unknown; Unknown Fulh

*Defendants*

————————

Appeals from United States District Court
for the Eastern District of Missouri - St. Louis

————————

Submitted: January 19, 2023
Filed: February 3, 2023
[Unpublished]

————————

Before GRUENDER, MELLOY, and STRAS, Circuit Judges.

————————

PER CURIAM.

Pierre Watson appeals the district court's[1] refusal to reconsider its grant of summary judgment to the corrections officers who allegedly failed to protect him from another inmate. Having carefully reviewed the record and the parties' arguments on appeal, we conclude that there was no abuse of discretion in denying his motions to set aside the judgment and compel discovery. *See Freeman v. Wyeth*, 764 F.3d 806, 809 (8th Cir. 2014); Fed. R. Civ. P. 37(a)(1) (requiring a party seeking an order compelling discovery to first make "an effort to obtain it without court action"). Also absent is any evidence of judicial bias. *See Liteky v. United States*,

————————

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

510 U.S. 540, 555 (1994).  We accordingly affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____